IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| SANDRA SANCHEZ, on behalf of herself and others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>CONDUENT STATE & LOCAL SOLUTIONS, INC., and CONDUENT, INC.,<br><br>             Defendants. | Case No. 2:20-cv-20229-KM-ESK |

**STIPULATION OF VOLUNTARY DISMISSAL,
PURSUANT TO *FED. R. CIV. P.* 41(a)(1)(A)(ii)**

**TO:**   The Clerk of the United States District Court

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), plaintiff Sandra Sanchez ("plaintiff"), on the one side, and defendants Conduent State & Local Solutions, Inc. ("Conduent S&L") and Conduent, Inc. ("Conduent" and, collectively, "defendants"), on the other, by and through their respective undersigned counsel, hereby **STIPULATE AND AGREE** that the action titled *Sanchez v. Conduent State & Local Solutions, Inc., et al.*, Case No. 2:20-cv-20229-KM-ESK, be, and the same hereby is, **VOLUNTARILY DISMISSED** without a court order.

Respectfully submitted,

*/s/ Michael J. Deem*
Michael J. Deem, Esq. (# 020391998)
**R.C. SHEA AND ASSOCIATES**
244 Main Street

*/s/ Roberto A. Rivera-Soto*
Roberto A. Rivera-Soto (# 004561984)
**BALLARD SPAHR LLP**
210 Lake Drive East - Suite 200

Toms River, NJ 08754
(732) 505-1212
Email: mdeem@rcshea.com

Patrick J. Perotti, Esq. (*pro hac vice*)
Frank A. Bartela, Esq. (*pro hac vice*)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
Phone: (440) 352-3391
Fax: (440) 352-3469
Email: pperotti@dworkenlaw.com
           fbartela@dworkenlaw.com

Andrew R. Malone, Esq. (*pro hac vice*)
**MALONE LAW LLC**
614 W. Superior Ave. #1160
Cleveland, Ohio 44113
Phone:  (216) 861-5511
Fax:  (216) 861-0211
amalone@malonelawllc.com

*Attorneys for plaintiff Sandra Sanchez
and the putative class*

**DATED:**       March 12, 2021

Cherry Hill, New Jersey 08002-1163
Tel. (856) 761-3400
Fax: (856) 761-1020
Email: riverasotor@ballardspahr.com

Christopher J. Willis (*pro hac vice*)
**BALLARD SPAHR LLP**
999 Peachtree Street, NE
Atlanta, GA 30309-4421
Tel. (678) 420-9300
Fax: (678) 420-9301
Email: willisc@ballardspahr.com

Laura E. Luisi Gavin (# 206602016)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel. (215) 665-8500
Fax: (215) 864-8999
Email: gavinl@ballardspahr.com

*Attorneys for defendants
Conduent State & Local Solutions, Inc.
and Conduent, Inc.*

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 3/15/2021**